JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN G., | Case No. CV 17-7821 JFW (MRW) |
|         Plaintiff, | |
|     v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|         Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: November 7, 2018

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE